UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| BRUCE GUNN, : <br> : <br> Petitioner, : <br> : <br> v. : <br> : <br> HARRY LAPPIN, et al., : <br> : <br> Respondents. : | Civil No. 08-6368 (RMB) <br><br> **ORDER** <br> (CLOSED) |

FOR THE REASONS expressed in the Opinion filed herewith,

IT IS on this **29th** day of **May** 2009,

**ORDERED** that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE**, for failure to exhaust administrative remedies; and it is further

ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail, and the Clerk is directed to close the file in connection with this habeas petition accordingly, without assessing any fees or costs.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge