UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| BRUCE GUNN, | : | |
| | : | Civil No. 08-6368 (RMB) |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | **ORDER** |
| HARRY LAPPIN, et al., | : | (CLOSED) |
| | : | |
| Respondents. | : | |

   FOR THE REASONS expressed in the Opinion filed herewith,

   IT IS on this **12th** day of **October 2010**,

   **ORDERED** that the Clerk of the Court shall re-open this matter, pursuant to Petition's re-submission of his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (see Docket entry no. 4), after exhausting his administrative remedies; and it is further

   **ORDERED** that the Petition is DISMISSED WITH PREJUDICE, for lack of merit; and it is further

   **ORDERED** that the Clerk shall serve a copy of this Order upon Petitioner by regular mail, and the Clerk is directed to close the file in connection with this habeas petition accordingly.

                                        s/Renée Marie Bumb
                                        RENÉE MARIE BUMB
                                        United States District Judge